UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SAMMY GONZALEZ, <br> *Plaintiff*, <br> <br> v. <br> <br> EVENT SOLUTIONS OF LOUISIANA, LLC, <br> *Defendant*. | § § § § § § § § § § § § |

Case No. MO:23-CV-00122

## ORDER GRANTING CONSENT AND REASSIGNMENT OF CASE

Before the Court are the Parties' Notice, Consent, and Reference of a Civil Action to Proceed Before a United States Magistrate Judge (Doc. 10) filed November 13, 2023, and (Doc. 13) filed November 29, 2023. The Court **GRANTS** the consent to proceed before the Magistrate Judge. Accordingly,

It is **ORDERED** that the above-captioned cause be reassigned to United States Magistrate Judge for the Midland/Odessa Division for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties.

It is so **ORDERED**.

**SIGNED** this 30th day of November, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE